## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 19-25029 - E - 7 |
| Justin Wayne Brewer and ) | Docket Control No. BPC-1 |
| Stevie Felicina Brewer, ) | Document No. 13 |
| 　　　　　　Debtors. ) | Date: 10/24/2019 |
| ) | Time: 10:30 AM |
| ) | DEPT: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

　　The Motion for Relief from the Automatic Stay filed by The Golden 1 Credit Union ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

　　**IT IS ORDERED** the automatic stay provisions of 11 U.S.C. § 362(a) are vacated to allow Movant, its agents, representatives, and successors, and all other creditors having lien rights against the Vehicle, under its security agreement, loan documents granting it a lien in the asset identified as a 2011 Ford Explorer, and applicable nonbankruptcy law to obtain possession of, nonjudicially sell, and apply proceeds from the sale of the Vehicle to the obligation secured thereby.

　　**IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is [not waived for cause.

　　No other or additional relief is granted.

Dated: October 28, 2019

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court

[13] - Motion for Relief from Automatic Stay [BPC-1] Filed by Creditor The Golden 1 Credit Union
(Fee Paid $181) (eFilingID: 6580574) (kvas)